425 A.2d 13

Greene, Appellant v. SW Pittsbgh Com MH & MR PGM, Inc. et al.

Argued April 10, 1979. Frances P. F. Minno, for appellant; Frank P. Tuplin, for SW Pgh. Com. MH & MR Pgm., Inc., et al., appellees; and Douglas Reed, for Melman, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Order affirmed.

HOFFMAN, J., concurred in the result.